**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00557-CR

**ARIEL DANIEL ERIVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-85054-2019**

### ORDER
Before Justices Schenck, Smith, and Rosenberg[1]

We **GRANT** the motion of Robert Koehl to withdraw as counsel for appellant Ariel Daniel Erives.

We **DIRECT** the Clerk of the Court to remove Robert Koehl as counsel of record and to send a copy of this order and all future correspondence to Ariel Daniel Erives, TDCJ No. 02354629, Cole Unit, 3801 Silo Road, Bonham, Texas 75418.

---

[1] The Hon. Barbara Rosenberg, Justice, Assigned. This case was submitted without oral argument. At the time this case was submitted, Justice Leslie Osborne was a member of the panel. After her resignation, Justice Rosenberg was designated to sit on the panel and participated in the decision of this case. TEX. R. APP. P. 41.1.

_/Barbara Rosenberg/_  
BARBARA ROSENBERG  
JUSTICE, ASSIGNED